UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS E. GALLAGHER,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | CASE NO. C16-5088 RBL-KLS<br><br>ORDER GRANTING FILING OF SECOND AMENDED COMPLAINT |

This matter was removed from the Clallam County Superior Court on February 5, 2016 and defendants filed their answer to plaintiff's complaint on February 10, 2016. Dkt. 1 and 6. The Court entered a pretrial scheduling order on April 11, 2016. Dkt. 9. On May 16, 2016, the parties filed a joint stipulation requesting that the Court grant plaintiff leave to file a second amended complaint. Dkt. 10.

It is **ORDERED** that leave to file the second amended complaint is **GRANTED.** The Clerk shall docket the proposed second amended complaint and attached exhibits (Dkt. 10-1) as Plaintiff's Second Amended Complaint and shall send a copy of this Order to plaintiff and counsel for defendants.

Dated this 18th day of May, 2016.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING FILING OF SECOND
AMENDED COMPLAINT - 1