UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS E. GALLAGHER,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | CASE NO. C16-5088 RBL-KLS<br><br>ORDER DIRECTING PLAINTIFF TO IDENTIFY OPERATIVE SECOND AMENDED COMPLAINT |

      On May 18, 2016, the parties' stipulated to the filing of plaintiff's second amended complaint. Dkt. 10. Attached to the stipulation was the proposed second amended complaint, signed by plaintiff on April 25, 2016, and 49 exhibits. Dkt. 10-1. The Court granted plaintiff leave to file the second amended complaint and directed the Court Clerk to docket the second amended complaint and exhibits, which were attached to the parties' stipulation. Dkt. 12.

      On May 23, 2016, a second amended complaint was hand-delivered to the Court Clerk's office for filing. This version of the second amended complaint has three less pages than the one filed at Dkt. 12 and it was signed by plaintiff on May 21, 2016. Dkt. 13.

      Accordingly, it is **ORDERED:**

ORDER RE: FILING OF SECOND
AMENDED COMPLAINT - 1

(1) Plaintiff must identify which of the second amended complaints governs his claims. He shall notify the Court by **June 9, 2016.**

(2) The Clerk shall send a copy of this Order to plaintiff and counsel for defendants.

Dated this 31st day of May, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER RE: FILING OF SECOND
AMENDED COMPLAINT - 2