UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS E. GALLAGHER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Defendants. | CASE NO. C16-5088 RBL-KLS<br><br>ORDER REGARDING REQUEST FOR SERVICE |

　　　　Plaintiff Douglas E. Gallagher is proceeding pro se in this action which was removed by defendants from Clallam County Superior Court. Dkt. 1. Plaintiff has filed a second amended complaint naming five additional defendants. Dkt. 13. Plaintiff asks the Court to serve the five additional defendants, Dan Pacholke, Steven Hammond, Kevin Bovenkamp, Ron Haynes, and Mike Holthe, with the summons and amended complaint.

　　　　Under the Federal Rules of Civil Procedure, the Court will serve a complaint on behalf of a prisoner proceeding in forma pauperis ("IFP"). Fed. R. Civ. P. 4(c)(3); *see* 28 U.S.C. § 1915. Because Defendants removed this matter, there is no requirement that Plaintiff pay a civil filing fee to proceed in federal court. However, Plaintiff has not been granted leave to proceed IFP in this court.

ORDER - 1

1       Therefore, the Court **DIRECTS the Clerk** to provide plaintiff with an IFP application so
2 that his IFP status may be confirmed and, if necessary, the Court may serve the amended
3 complaint on his behalf.  If Plaintiff fails to file the papers necessary to confirm his IFP status, he
4 will be responsible for serving defendants himself.  Plaintiff should file his IFP papers by **July 1,**
5 **2016**.
6       The Court will provide an additional ninety (90) days for service of defendants.  *See* Fed.
7 R. Civ. P. 4(m), as amended December 1, 2015 (changing time limit for service to 90 days after
8 the complaint is filed).
9       Dated this 17th day of June, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2