# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DOUGLAS E. GALLAGHER,<br><br>                Plaintiff,<br>    v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>                Defendants. | Case No. C16-5088 RBL-TLF<br><br>ORDER RE-NOTING PLAINTIFF'S MOTIONS AND SCHEDULING ORAL ARGUMENT |

Plaintiff Douglas Gallagher is a state prisoner who is represented by counsel in this civil rights action. Plaintiff has filed a motion to exclude defendants' expert witnesses, Dkt. 84, and a motion for partial summary judgment, Dkt. 95. The Court finds that it is appropriate to re-note and hold oral arguments on each motion.

Accordingly, the Court hereby finds and **ORDERS**:

(1) Plaintiff's motion to exclude defendants' expert witnesses, Dkt. 84, is re-noted for October 12, 2018. Defendants are to file a response brief on or before September 28, 2018. If plaintiff chooses to file a reply, he shall do so on or before October 12, 2018.

(2) Plaintiff's motion for partial summary judgment, Dkt. 95, is re-noted for October 12, 2018. Defendants are to file a response brief on or before September 28, 2018. If plaintiff chooses to file a reply, he shall do so on or before October 12, 2018.

(3) The oral argument on plaintiff's motion to exclude defendants' expert witnesses, Dkt. 84, will be scheduled for 9:30 AM on October 18, 2018, for 20 minutes per side.

(4) The oral argument on motion for partial summary judgment, Dkt. 95, will be scheduled for 10:15 AM on October 18, 2018, for 20 minutes per side.

Dated this 28th day of August, 2018.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge