# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DOUGLAS E. GALLAGHER,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>Defendants. | Case No. C16-5088 RBL-TLF<br><br>ORDER ON DISPOSITIVE MOTIONS DEADLINE AND ORAL ARGUMENTS |

Plaintiff Douglas Gallagher is a state prisoner who is represented by counsel in this civil rights action. Plaintiff's motion to exclude defendants' expert witnesses, Dkt. 84, is currently noted for October 12, 2018. Plaintiff's motion for partial summary judgment, Dkt. 95, is also noted for October 12, 2018. The Court has set deadlines for briefing on both motions and scheduled oral arguments for October 18, 2018. Dkt. 99.

Since the Court's previous scheduling order, defendants have filed a Motion for Relief from Dispositive Motion Deadline. Dkt. 100. Plaintiff has filed a Motion to Amend the Court's prior scheduling order, Dkt. 99. Dkt. 103. The Court has reviewed these motions, their accompanying declarations, and all other pertinent materials.

Accordingly, the Court hereby finds and **ORDERS**:

(1) Defendants' Motion for Relief from Dispositive Motion Deadline, Dkt. 100, is GRANTED, and the new filing deadline for dispositive motions is continued to **November 16, 2018**.

ORDER ON DISPOSITIVE MOTIONS DEADLINE AND
ORAL ARGUMENTS - 1

(2) Plaintiff's Motion to Amend Scheduling Order, Dkt. 103, is GRANTED. The oral arguments scheduled for October 18, 2018 are stricken. Oral argument on plaintiff's Motion to Exclude Defendants' Experts (Dkt. 84) and Motion for Partial Summary Judgment (Dkt. 95) will be re-scheduled after conferring with counsel for the parties.

Dated this 17th day of September, 2018.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge