HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS E GALLAGHER,<br><br>  Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Defendants. | CASE NO. C16-5088 RBL-TLF<br><br>ORDER ON REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 127] and on Plaintiff Gallagher's Objections [Dkt. # 128] and Defendants' Response [Dkt. # 130].

1. The Report and Recommendation is **ADOPTED, in part;**

2. Gallagher's Motion for Summary Judgment [Dkt. # 95] is **DENIED;** and

3. Gallagher's Motion to Strike (or to Exclude) the defendant treating doctors' expert testimony that their care did not amount to deliberate indifference is **GRANTED** as they were required to provide an expert report under Fed. R. Civ. P. 26(a)(2)(B).

1     The Clerk shall send copies of this Order to Gilbert's last known address and to
2 Magistrate Judge Fricke.

3     IT IS SO ORDERED.

4     Dated this 28th day of February, 2019.

                                            Ronald B. Leighton
                                            United States District Judge